UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                  :
IN RE:                  :
                  :
ALI AFSHAR SHANDIZ,      :      24-CV-4061 (JMF)
                  :
          Debtor.         :      <u>ORDER</u>
                  :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      This bankruptcy appeal has been assigned to the undersigned for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. Appellant's brief is due **no later than July 22, 2024**. *See* ECF No. 6. Because there is no appellee with an interest in this appeal, the appeal will be deemed fully submitted upon the filing of Appellant's brief.

      The Clerk of Court is directed to mail a copy of this Order to Appellant.

      SO ORDERED.

Dated: June 21, 2024
      New York, New York

                                             _____
                                                JESSE M. FURMAN
                                              United States District Judge